**2002–2141.  Watkins v. The MetroHealth Sys.**
Cuyahoga App. No. 80567, 2002-Ohio-5961.

COOK, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2002–2175.  Sherred v. Estate of Koon.**
Franklin App. No. 02AP–325, 2002-Ohio-6562. Discretionary appeal allowed and cause held for the decision in 2002–0367, *Armstrong v. Best Buy Co.,* Lorain App. No. 01CA007848, 2001-Ohio-1934; briefing schedule stayed.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**2002–2187.  Gottesman v. Estate of Gottesman.**
Cuyahoga App. No. 81265, 2002-Ohio-6058.

COOK, J., dissents.

**2002–2198.  Vicars v. McCray.**
Summit App. No. 21087, 2002-Ohio-6033. Discretionary appeal allowed and cause held for the decision in 2002–1126 and 2002–1433, *Allen v. Johnson,* Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404; briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0038.  Goodlett v. Ohio Cas. Group.**
Butler App. No. CA2002–04–090. Discretionary appeal allowed on Proposition of Law No. I, cause consolidated with 2003–0116, *Goodlett v. Ohio Cas. Group,* Butler App. No. CA2002–04–090, causes held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502; and briefing schedule stayed.

F.E. SWEENEY and PFEIFER, JJ., dissent.

Discretionary appeal allowed on Proposition of Law No. II and cause consolidated with 2003–0116, *Goodlett v. Ohio Cas. Group,* Butler App. No. CA2002–04–090; briefing to proceed on this proposition of law.

F.E. SWEENEY and PFEIFER, JJ., dissent.

Discretionary appeal allowed on Proposition of Law No. III; cause consolidated with 2003–0116, *Goodlett v. Ohio Cas. Group,* Butler App. No. CA2002–04–090; causes held for the decision in 2002–0610, *Geren v. Westfield Ins. Co.,* Lucas App. No. L–01–1398, 2002-Ohio-1230; briefing schedule stayed.

F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0083.  State v. Evans.**
Franklin App. No. 02AP–230, 2002-Ohio-6559. Discretionary appeal allowed and cause consolidated with 2003–0319, *State v. Evans,* Franklin App. No. 02AP–230, 2002-Ohio-6559.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**2003–0095.  State v. Richards.**
Cuyahoga App. No. 79350, 2002-Ohio-6623. Discretionary appeal allowed; cause consolidated with 2003–0047, *State v. Richards,* Cuyahoga App. No. 79350, 2002-Ohio-6623; causes held for the decision in 2002–0201, *State v. Fisher,* Franklin App. No. 01AP–614, 2001-Ohio-8772; and briefing schedule stayed.

MOYER, C.J., RESNICK and COOK, JJ., dissent.